1  Martin E. Rosen (108998), mrosen@bargerwolen.com
   Ophir Johna (228193), ojohna@bargerwolen.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

Attorneys for Defendant
The Lincoln National Life Insurance Company

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID J. NOURMAND and ALIEH NOURMAND,<br><br>  Plaintiffs,<br><br>  vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana corporation; and DOES 1 through 20, inclusive,<br><br>  Defendants. | CASE NO.: CV 12-2934-R(JEMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>[Fed. R. Civ. P. 41]<br><br>Complaint Filed: December 29, 2011 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\temp\notesd30550\stip to dismiss_order.doc

Based on the stipulation of the parties, the Court hereby orders that the entire action is hereby dismissed, with prejudice, with each party bearing its own attorneys' fees and costs and waiving all rights of appeal.

IT IS SO ORDERED.

Dated:   _August 14, 2012__         _____
                                    For    HON. MANUEL REAL
                                           United States District Judge