Martin E. Rosen (108998), mrosen@bargerwolen.com
Ophir Johna (228193), ojohna@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

JS-6

Attorneys for Defendant
The Lincoln National Life Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID J. NOURMAND and ALIEH NOURMAND,<br><br>        Plaintiffs,<br><br>        vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO.: CV 12-2934-R(JEMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>[Fed. R. Civ. P. 41]<br><br>Complaint Filed:  December 29, 2011 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\temp\notesd30550\stip to dismiss_order.doc

1    Based on the stipulation of the parties, the Court hereby orders that the entire

2  action is hereby dismissed, with prejudice, with each party bearing its own attorneys'

3  fees and costs and waiving all rights of appeal.

4

5  IT IS SO ORDERED.

6

7  Dated:   _August 14, 2012__                    _____

8                                                 For     HON. MANUEL REAL
                                                          United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28